ACCEPTED
01-13-00234-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/6/2015 11:38:09 AM
CHRISTOPHER PRINE
CLERK

## No. 01-13-00234-CR
## In The Court of Appeals
## The Fourteenth District of Texas

| | | |
|---|---|---|
| **TERRENCE BRENT MCNEIL** | § | |
| Appellant, | § | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS |
| | § | On Appeal From |
| | § | 1/6/2015 11:38:09 AM<br>CHRISTOPHER A. PRINE |
| V. | § | 338TH District Court<br>Clerk |
| | § | Harris County, Texas |
| **THE STATE OF TEXAS** | § | Trial Cause No. 1362563 |
| Appellee | § | |

## CERTIFICATION OF NOTIFICATION OF RIGHT
## TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

Cheri Duncan, counsel for Appellant in the above cause, respectfully informs the Court that counsel mailed a copy of this court's opinion to Appellant and inform Appellant of his right to file a pro se petition for discretionary review. This notification was sent by certified mail and a copy of the return receipt is attached

Respectfully submitted,

**Alexander Bunin**
**Chief Public Defender**

*/s/ Cheri Duncan*

_____

**CHERI DUNCAN**
Assistant Public Defender
Harris County, Texas
TBN  06210500
1201 Franklin St, 13th Floor
Houston, Texas 77002
Phone: (713) 368-0016
Fax: (713) 368-9278
cheri.duncan@pdo.hctx.net
Counsel for Appellant



■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature

X _D Melton_    ☑ Agent
                ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D MELTON    12-08-14

1. Article Addressed to:

Terrence Brent mcNeil
TDCJ# 01848870
Beto Unit, TDCJ
1391 FM 3328
Tennessee Colony, TX 75880

Re: McNeil v State
    Letter to Client w Opinion
    & PDR Info

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☑ No

DEC - 8 2014

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

7010 1870 0000 4699 0291

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

DALLAS 750
08 DEC '14

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CHERI DUNCAN
HARRIS COUNTY PUBLIC DEFENDER'S OFFICE
1201 Franklin, 13th Floor
Houston, TX 77002

2190099